IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY MARKOWITZ | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-2035-JDW |
| | : | |
| UNITED STATES OF AMERICA, et al. | : | |
| | : | |
| DARNELL JENKINS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-2088-JDW |
| | : | |
| JEFFREY MARKOWITZ, et al. | : | |
| | : | |
| FARZONA OKILDZHON ZADE, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-2344-JDW |
| | : | |
| UNITED STATES OF AMERICA, et al. | : | |
| | : | |
| NATIONWIDE PROPERTY & CASUALTY INSURANCE CO. a/s/o JEFFREY MARKOWITZ | : | CIVIL ACTION |
| | : | No. 23-2918-AB |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | |

**<u>ORDER</u>**

AND NOW, this 7th day of August, 2023, upon consideration of Defendant United States of America's Motion to Reassign Related Case, after consultation with the assigned judges in the above-captioned cases, and in accordance with Local Civil Rule 40.1, it is ORDERED the Motion (Document 8 in Civil Action No. 23-2035; Document 8 in Civil Action No. 23-2088; Document 8 in Civil Action No. 23-2344; Document 5 in Civil No. 23-2918) is GRANTED.  Civil Action No.

23-2918 is REASSIGNED from the calendar of the Honorable Anita B. Brody to the calendar of the Honorable Joshua D. Wolson as related to Civil Action No. 23-2035.

                                            BY THE COURT:

                                            /s/ Juan R. Sánchez
                                          Juan R. Sánchez, C.J.